# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1214

_____

AUBREY JOHN GEORGE,

Appellant,

v.

UST SELECT INC, and
INSURANCE COMPANY OF THE
WEST,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident: June 7, 2022.

July 31, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradley G. Smith and Nicolette E. Tsambis of
Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Samuel Spinner and Hinda Klein of Conroy Simberg, Hollywood,
for Appellees.